IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARRELL M. COLE,

    Petitioner,

v.                                                                      4:06cv270-WS

JAMES R. McDONOUGH, as
Secretary, Department of Corrections,
State of Florida,

    Respondent.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed October 19, 2007. See Doc. 23. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied. The petitioner has filed objections (doc. 24) to the magistrate judge's report and recommendation.

Having carefully considered the record in light of the petitioner's objections, this court has determined that the magistrate judge's report and recommendation must be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 23) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's section 2254 petition for writ of habeas corpus (doc. 1) is hereby DENIED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this 19th day of November, 2007.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 4:05cv307-WS